FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2015 OCT -1 P 3: 55

| | | |
|---|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and BRIAN WOLFE, individually and on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:~~09-CV-00430-AWT-TCB~~ 1:15mc30 |
| Plaintiffs, | | |
| v. | | |
| DAIRYAMERICA, INC., | | |
| Defendant. | | |

## NON-PARTY MARYLAND AND VIRGINIA MILK PRODUCERS COOPERATIVE ASSOCIATION, INCORPORATED'S MOTION TO QUASH PLAINTIFFS' SUBPOENA TO TESTIFY AT DEPOSITION UPON WRITTEN QUESTIONS AND FOR APPROPRIATE SANCTIONS

Non-Party Maryland & Virginia Milk Producers Cooperative Association, Incorporated ("Maryland & Virginia"), by counsel and pursuant to Rules 31 and 45, respectfully moves to quash the subpoena to testify at a deposition upon written questions issued in the above referenced action and attached hereto as Exhibit A (the "Subpoena"). The grounds for this Motion are set forth in the accompanying memorandum of points and authorities submitted herewith.

WHEREFORE, Maryland & Virginia respectfully moves that this Court issue an order quashing the Subpoena, awarding Maryland & Virginia its costs and attorneys' fees, and for such further and other relief as this Court deems just and proper.

Dated: October 1, 2015					Respectfully submitted,

							_____
							Richard Rossier, VA Bar # 21064
							Alex Menendez, VA Bar # 39524
							MCLEOD, WATKINSON & MILLER
							One Massachusetts Ave., N.W., Suite 800
							Washington, D.C. 20001
							Telephone: (202) 842-2345
							Facsimile: (202) 408-7763

							*Counsel for Non-Party Maryland & Virginia Milk
							Producers Cooperative Association, Incorporated*

## CERTIFICATE REGARDING CONSENT

The undersigned certifies that consent to the relief requested in this Motion was sought from Plaintiffs. Plaintiffs do not consent.

_____
Richard Rossier

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2015, I served the foregoing Motion to Quash, Memorandum of Points and Authorities and Proposed Order via First Class Mail, postage prepaid to:

						A. Chowning Poppler
						Berman DeValerio
						One California Street
						Suite 900
						San Francisco, CA 94111
						*Counsel for the Plaintiffs*

						_____
						Richard Rossier